HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FELIPE CASTILLERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00026-MJS |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE THE FEBRUARY 7, 2017 CHANGE OF PLEA HEARING; ORDER** |
| FELIPE CASTILLERO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Felipe Castillero, that the change of plea hearing currently scheduled for February 7, 2017, may be moved to March 1, 2017, at 10:00 a.m.

On February 4, 2017, Mr. Castillero's mother was admitted to a hospital for bronchitis. Additionally, Mr. Castillero's father also has bronchitis. Currently, Mr. Castillero is charged with taking care of his parents while they are recovering. Accordingly, he is unable to appear on February 7, 2017. The parties have reached a resolution in this case. The parties therefore request that the Court continue the change of plea hearing currently scheduled for February 7, 2017, to March 1, 2017.

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  February 6, 2017

*/s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 6, 2017

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
FELIPE CASTILLERO

# **O R D E R**

The Court hereby grants the parties' request to continue the change of plea hearing from February 7, 2017, to March 1, 2017, at 10:00 a.m., in case number 6:16-mj-00026-MJS.

IT IS SO ORDERED.

Dated:   February 7, 2017              /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Castillero:  Stipulation to Continue
Change of Plea Hearing

2