| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | FELIPE CASTILLERO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FELIPE CASTILLERO,

    Defendant.

Case No. 6:16-mj-00026-MJS

**STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER**

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Felipe Castillero, that Mr. Castillero's term of unsupervised probation be extended to expire on June 1, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to May 2, 2018 and continue the set surrender date to May 4, 2018.

Mr. Castillero's review hearing is currently scheduled for February 6, 2018. By that date, Mr. Castillero was required to pay off a $600 fine, attend the First Offender DMV Course, and get his driver's license reinstated. Since starting probation, Mr. Castillero has gained custody of his two sons and has had to care for his mother and father, because his father recently suffered a stroke. These unforeseen expenses have prevented Mr. Castillero from being able to pay off the outstanding state fines and get his license reinstated. Accordingly, the parties request that Mr.

Castillero's review hearing be continued to May 2, 2018 and that his probation be extended to June 1, 2018 to give Mr. Castillero time to pay off the outstanding state fines and get his license reinstated.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 31, 2018  /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 31, 2018  /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
FELIPE CASTILLERO

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the February 6, 2018 hearing for Felipe Castillero, Case No. 6:16-mj-00026-MJS, is continued to May 2, 2018 at 10:00 a.m., his surrender date is continued to May 4, 2018, and his probation is extended to June 1, 2018.

IT IS SO ORDERED.

Dated:   February 1, 2018        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE