| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | FELIPE CASTILLERO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 6:16-mj-00026-MJS |
| Plaintiff, | | **STIPULATION TO MODIFY CONDITIONS OF PROBATION AND VACATE REVIEW HEARING; ORDER** |
| vs. | | |
| FELIPE CASTILLERO, | | |
| Defendant. | | |

On March 1, 2017, the Court sentenced Mr. Castillero to 12 months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Mr. Castillero to pay a fine of $600, complete the DMV First Offender Course, and obtain his driver's license. The Court imposed 20 days of custody with a surrender date of May 4, 2018.

Mr. Castillero has had no new violations of law; he has paid his fine in full; he has completed the First Offender Course; and he has received his driver's license. Accordingly, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Mr. Castillero, that the conditions of Mr. Castillero's probation be modified as follows: the May 4, 2018 surrender date be vacated and the 20-day custody sentence be removed. Moreover, the parties request that the Court vacates the upcoming review hearing set for May 2, 2018.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: April 24, 2018

*/s/ Susan St. Vincent*
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: April 24, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
FELIPE CASTILLERO

## **O R D E R**

Based on the parties' joint representation that Mr. Castillero is in compliance with the conditions of his probation, the Court modifies the conditions of Mr. Castillero's probation as follows: the May 4, 2018 surrender date is vacated and the 20-day custody sentence is removed. Finally, Mr. Castillero's review hearing, which is set for May 2, 2018, is hereby vacated.

IT IS SO ORDERED.

Dated: **April 24, 2018**

UNITED STATES MAGISTRATE JUDGE